IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LUCINDA COUNCIL, RAVYNNE GILMORE, VERNA MAITLAND, and HILARI NGUFOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and BANK OF AMERICA CORPORATION,<br><br>Defendants. | Case No. 3:24-CV-00534-WWB-LLL |

**STIPULATION AND NOTICE AS TO NON-OPPOSITION TO
<u>REPORT AND RECOMMENDATION</u>**

The parties to the above-entitled action, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on February 7, 2025, the Court issued a Report and Recommendation (ECF No. 32) that Plaintiffs' unopposed motion for preliminary approval of class action settlement (ECF No. 2) be granted; that Plaintiffs' motion for attorneys' fees and costs (ECF No. 10) be denied without prejudice as premature; and proposed a schedule for issuing notice to the Class;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1. The Parties do not intend to file any written objections to the proposed findings and recommendations.

2. The Parties agree to the issuance of the amended Notice of Class Action, Proposed Settlement Agreement, and Settlement Fairness Hearing ("Notice") that is attached to this Stipulation.

3. The Parties have amended the Notice to conform to the Report and Recommendation. Specifically, the Notice that Plaintiffs submitted with their Unopposed Motion for Preliminary Approval of Class Action Settlement, ECF No. 2-3, stated that Settlement Class Members wishing to opt out of the settlement must submit an "opt-out statement … postmarked on or before … 45 days after Notice is mailed"; and that Settlement Class Members who wish to object to the settlement must submit a statement that "must be received by the Settlement Administrator by … 45 days after Notice is mailed." ECF No. 2-3 at 8, 9. The Report and Recommendation instead proposes that the "Motion for Final Approval" and Class Counsel's "motion for fees and costs" be filed by "45 days after date of Class Notice being sent out"; and that the "[d]eadline to submit objection or request for exclusion" be "35 days after deadline for filing (i) motion for fees and costs; and (ii) motion for final approval." ECF No. 32 at 27. Accordingly, the amended Notice provides that Settlement Class Members wishing to opt out of the settlement must submit an "opt-out statement … postmarked on or before … 80 days after Notice is mailed"; and that Settlement Class Members who wish to object to the settlement must submit a statement that "must be received by the Settlement Administrator by … 80 days after Notice is mailed." Notice at 8, 9, 13.

4.      The Parties also have amended the Notice to notify Settlement Class Members that they may participate in the settlement even if they are otherwise subject to the Arbitration Policy that Defendant Bank of America Corporation ("Bank of America") distributed to U.S.-based employees of Bank of America and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") on November 8, 2024.  The Arbitration Policy states that employees who are subject to the Policy are required to arbitrate employment-related claims against Bank of America and Merrill Lynch, and contains a class action waiver, which would otherwise preclude employees who are subject to the Arbitration Policy from participating in a class action.  Therefore, the amended Notice makes it clear to Settlement Class Members that: "You may participate in the Settlement notwithstanding Bank of America's Arbitration Policy and that Policy's requirement that employees subject to that Policy arbitrate their Covered Claims, as defined under the Policy.  Your participation in the Settlement and Action does not impact the enforceability of the Arbitration Policy, and Defendants do not waive any procedural or substantive right to enforce the Arbitration Policy or any other applicable arbitration agreement, in any other action or circumstances."  *Id.* at 2.

5.      The Parties have also amended the Notice to add language confirming that Programmatic Relief the Company has agreed to take during the five-year (60-month) period of the proposed Settlement will only be implemented to the extent consistent with applicable law.  *Id.* at 6.

6.      The Parties respectfully request the Court adopt the Report and Recommendation (ECF No. 32) and so order the proposed dates.

7. The Parties respectfully request that the Court grant Plaintiffs leave to file an updated version of the [Proposed] Preliminary Approval Order that Plaintiffs had submitted with their Unopposed Motion for Preliminary Approval of Class Action Settlement, ECF No. 2-4, that is modified to conform to the Report and Recommendation.

Dated: February 22, 2025  Respectfully submitted,

| | |
|---|---|
| */s/ Gregg I. Shavitz* | */s/ Samuel S. Shaulson* |
| Gregg I. Shavitz (Bar No. 11398) | Samuel S. Shaulson (Bar No. 1033419) |
| Paolo C. Meireles (Bar No. 91551) | Joseph D. Magrisso (Bar No. 105352) |
| SHAVITZ LAW GROUP, P.A. | MORGAN, LEWIS & BOCKIUS LLP |
| 951 Yamato Rd. Suite 285 | 600 Brickell Avenue, Suite 1600 |
| Boca Raton, Florida 33431 | Miami, Florida 33131 |
| Telephone: (561) 447-8888 | Telephone: (305) 415-3000 |
| | Facsimile: (305) 415-3001 |
| Adam T. Klein* | ***Attorneys for Defendants*** |
| Chauniqua D. Young* | |
| OUTTEN & GOLDEN LLP | |
| 685 Third Avenue, Floor 25 | |
| New York, New York 10017 | |
| Telephone: (212) 245-1000 | |
| Facsimile: (646) 509-2060 | |
| | |
| Courtney Hinkle* | |
| OUTTEN & GOLDEN LLP | |
| 1225 New York Ave Suite 1200B | |
| Washington, D.C. 20005 | |
| Telephone: (202) 301-5509 | |

***Attorneys for Plaintiffs and the Putative Class***

\* *Pro Hac Vice* Admitted