IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| LUCINDA COUNCIL, RAVYNNE GILMORE, VERNA MAITLAND, and HILARI NGUFOR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>- against -<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and BANK OF AMERICA CORPORATION,<br><br>                    Defendants. | **Case No. 3:24-CV-00534-WWB-LLL** |

**NOTICE OF CLASS ACTION, PROPOSED SETTLEMENT AGREEMENT, AND SETTLEMENT FAIRNESS HEARING**

**If you are receiving this Notice and are part of the class defined in Section 3 herein, then you could receive a payment from a proposed class action settlement.**

*The U.S. District Court for the Middle District of Florida has authorized this Notice.*
*This is not a solicitation.*
*This is not a lawsuit against you, and you are not being sued.*
*Your legal rights are affected whether you act or do not act.*

This Notice relates to a proposed settlement in a class action lawsuit which alleges that Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") and Bank of America Corporation (collectively, "Defendants," or the "Company") discriminated and retaliated against African-American Financial Advisors ("FAs"), Financial Advisor Development Program Trainees ("FADPs") (formerly known as Practice Management Development Trainees ("PMDs")), and Financial Solutions Advisors ("FSAs") based on their race and/or color. FADP, PMD, and FSA include Financial Solutions Advisors, Merrill Financial Solutions Advisors, and any other trainees in the Advisor Development Program.

- There has not been any Court finding or determination of discrimination or retaliation. Defendants deny liability and that they violated the law in any way

whatsoever. The parties have, however, agreed to resolve the lawsuit through a Court-supervised class action settlement.

- On [*date of Preliminary Approval Order*], the Honorable [*Assigned Judge*] of the United States District Court for Middle District of Florida granted preliminary approval of a proposed class action settlement in the matter of *Council, et al. v. Merrill Lynch, Pierce, Fenner, & Smith, Inc., et al.*, No. 3:24-CV-00534-WWB-LLL. The Court has authorized the dissemination of this Notice to inform you of your options under the Settlement.

- The proposed Settlement will pay a Gross Settlement Amount of Nineteen Million Nine Hundred Fifty Thousand Dollars and Zero Cents ($19,950,000.00) for a class of African-American FAs, FADPs/PMDs, and FSAs to resolve any claims of race and/or color discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 1981 as amended ("Section 1981"), the New Jersey Law Against Discrimination ("LAD"), N.J.S.A. 10:5-1, *et seq.*, Michigan Elliott-Larsen Civil Rights Act ("ELCRA"), MCL 37.2101, *et seq.*, the New York State Human Rights Law ("NYSHRL"), N.Y. Executive Law §§ 290, *et seq.*, the Florida Civil Rights Act of 1992 ("FCRA"), Fla. Stat. §§ 760, *et seq.*, or any other federal, state, or local statute, regulation, or principle of common law or equity that may apply to such discrimination in employment or employee benefit claims. The proposed settlement would also provide programmatic relief intended to improve opportunities available to current African-American FAs, FADPs/PMDs, and FSAs.

- To qualify to receive a monetary award, you must be African-American and you must have been employed by the Company as an FA, FADP/PMD, or FSA at any time from November 23, 2016 through December 23, 2022 and satisfy the Settlement Class definition, as explained below.

- You are receiving this Notice because the Company's records indicate that you self-identify as African-American and you were employed by the Company as an FA, FADP/PMD, or FSA at any time from November 23, 2016, through December 23, 2022 and satisfy the Settlement Class definition. Accordingly, based on the available information, we believe you are a Settlement Class Member, and as long as you meet the Settlement Class Member definition, you can participate in this Settlement.

- You may participate in the Settlement notwithstanding Bank of America's Arbitration Policy and that Policy's requirement that employees subject to that Policy arbitrate their Covered Claims, as defined under the Policy. Your participation in the Settlement and Action does not impact the enforceability of the Arbitration Policy, and Defendants do not waive any procedural or substantive right to enforce the Arbitration Policy or any other applicable arbitration agreement, in any other action or circumstances.

- As a Settlement Class Member, your legal rights are affected whether you act or not. Read this Notice carefully. For additional information, contact Class Counsel or the Settlement Administrator listed below, or go to [*website of Settlement Administrator*].

| **Your Legal Rights and Options in this Settlement:** | |
|---|---|
| **Do Nothing** | If you do nothing and the Court grants final approval of the Settlement, you may be eligible to receive money from the Settlement and you will give up your rights to sue the Company separately for the legal claims covered by this Settlement. |
| **Exclude Yourself (Opt-Out)** | If you do not wish to participate in the settlement, you must request to opt-out, or be excluded from the settlement. By opting out, you will not be eligible to receive money from the Settlement or to object to the Settlement. You will keep any rights you might have to sue the Company separately for the legal claims covered by this Settlement. |
| **Object** | If you do not opt-out, you may write to the Court about your view on the Settlement or why you do not think the Settlement is fair to the class. |

- These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

- The Court in charge of this lawsuit still has to decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeals are resolved. Please be patient.

## What This Notice Contains

## **TABLE OF CONTENTS**

1. Purpose Of This Notice ...............................................................................4
2. Background: About The Lawsuit ................................................................4
3. Class Definition ............................................................................................5
4. Summary Of Settlement Terms ....................................................................6
5. How to Proceed: Your Options ...................................................................8
6. How Will My Settlement Award Be Calculated? .........................................9
7. Release ........................................................................................................10
8. Are There Tax Consequences For Any Money I Might Get? .....................11
9. The Lawyers Representing You And The Class ........................................12
10. Terms And Payments Specific To The Named Plaintiffs ...........................12
11. The Final Approval Hearing .......................................................................13
12. Getting More Information ..........................................................................13

### 1.   Purpose Of This Notice

The purpose of this Notice is to inform you about: (i) this lawsuit, (ii) the Settlement and Settlement Class definition that the Court has preliminarily approved, and (iii) your legal rights and options in connection with the Settlement and a hearing to be held before the Court on [*date of Final Approval Hearing*] to consider the fairness, reasonableness, and adequacy of the Settlement and related matters. This Notice also describes the steps to be taken by those who wish to opt-out from the Settlement Class or to object to the Settlement.

### 2.   Background: About The Lawsuit

On October 9, 2020, Ravynne Gilmore filed a Charge of Discrimination against the Company with the Equal Employment Opportunity Commission ("EEOC") alleging race discrimination on behalf of herself and other similarly situated African-American FAs, FADPs/PMDs, and FSAs. On October 15, 2020, Hilari Ngufor filed a Charge of Discrimination against the Company with the EEOC alleging race discrimination on behalf of himself and other similarly situated African-American FAs and FADPs/PMDs. On September 22, 2020, Class Counsel (as defined below) sent the Company a letter informing them of the claims and invited pre-litigation discussions to explore the possibility of an early resolution.

After a series of emails, telephone calls, videoconferences, and mediation sessions spanning a period of two years, the Parties entered into a Settlement Agreement. On May 24, 2024, Lucinda Council, Ravynne Gilmore, Verna Maitland, and Hilari Ngufor ("Named Plaintiffs") filed a Complaint in the U.S. District Court for the Middle District of Florida for the purposes of settlement in which they collectively

alleged on behalf of themselves and the Settlement Class Members that African-Americans who are, or were, employed as FAs, FADPs/PMDs, and FSAs with the Company have been, and are, afforded fewer business opportunities than comparable White FAs, FADPs/PMDs, and FSAs.  The Named Plaintiffs collectively alleged on behalf of themselves and Settlement Class Members, among other things, that they have, and do, experience race and/or color discrimination in aspects of their employment, including, but not limited to, in compensation, teaming or pooling opportunities, distribution of accounts, career advancement, work assignments, termination, and/or other terms and conditions of employment.

The Company denies the allegations in the Named Plaintiffs' Charges of Discrimination and in the Complaint, including that the Named Plaintiffs or Settlement Class Members are entitled to any relief.  Defendants further deny any liability under Title VII, Section 1981, the LAD, ELCRA, NYSHRL, FCRA, or any other federal, state, or local statute, regulation, or principle of common law or equity, and specifically deny that the Company unlawfully discriminated against the Named Plaintiffs or any Settlement Class Members on the basis of race and/or color.

The Court has not made and will not make any determination on the merits of this matter or decide who is right and who is wrong.  The Parties believe that the proposed Settlement is fair, reasonable, and adequate and in the best interests of the class.  The Parties agree that by entering into the proposed Settlement, the Company does not admit any wrongdoing or liability.

The Court has reviewed the Settlement and has preliminarily approved it as being fair, adequate, and reasonable.  Before deciding whether to give the Settlement final approval, the Court wishes to inform the Class of the general terms of the Settlement and of the right of Settlement Class Members to opt-out of (be excluded from participating in) or object to the Settlement.

**3.**     **Class Definition**

You are a member of the Settlement Class affected by the Settlement if you fit within this definition:

> All African-American employees and former employees who held the position(s) at the Company of FA, FADP, PMD, or FSA at any time from November 23, 2016 through December 23, 2022.  The Settlement Class does not include any FAs, FADPs, PMDs, or FSAs who (i) did not pass the licensing exams required for the respective position; (ii) have executed a release of claims on or before the deadline for the Settlement Administrator to mail Notice to the Settlement Class releasing any claims that would or could have been alleged in the Action, including race and/or color discrimination, harassment, or retaliation claims; or (iii) have obtained a final

5

> judgment or determination concerning any claims that would or could have been alleged in the Action, including race and/or color discrimination, harassment, or retaliation claims.

If you received this Notice in a mailing addressed to you, the Company's records show that you are a Settlement Class Member (*i.e.*, that you fit the definition above). If so, you have legal rights and options that you can exercise before the Court finally approves the Settlement.

### 4. Summary Of Settlement Terms

The Company has agreed to pay a Gross Settlement Amount of Nineteen Million Nine Hundred Fifty Thousand Dollars and Zero Cents ($19,950,000.00) (the "Gross Settlement Fund"). The Gross Settlement Fund will cover payments to Settlement Class Members, Class Counsel's attorneys' fees and costs, and the fees and costs of administering the settlement by the Settlement Administrator.

In addition to paying the Gross Settlement Fund, the Company has agreed to Programmatic Relief in order to reinforce the Company's commitment to equal employment opportunity for all employees, irrespective of race, color, or any other category protected by federal, state, or local law, and to foster a workplace culture that embraces diverse perspectives and is inclusive of all employees.

Below is a summary of the Programmatic Relief that the Company has agreed to take during the five-year (60-month) period of this Settlement, which will only be implemented to the extent consistent with applicable law:

> **(A)** **Diversity and Inclusion Training.**
>
> Merrill Lynch will make available Diversity & Inclusion training to Merrill Lynch Wealth Management employees, including managers.
>
> **(B)** **Analysis of Diversity Metrics.**
>
> Merrill Lynch will conduct a confidential and attorney-client privileged analysis of certain diversity metrics for African-American financial advisors on at least an annual basis.
>
> **(C)** **Team Approval.**
>
> Merrill Lynch will continue to maintain its practice whereby prior to approving a team, Wealth Management managers will allow financial advisors to consider a variety of potential teammates, offer suggestions at an early point in the formation process, and instruct that decisions to

team or not to team may not be made on the basis of a legally protected characteristic. To facilitate this policy, Merrill Lynch will maintain its current optional database that identifies individuals who are interested in joining or forming a team.

**(D)**     **Non-Binding Team Dispute Resolution.**

Merrill Lynch will continue to offer an internal dispute resolution process concerning any disputes related to (i) team dissolution; and (ii) account redistributions.

**(E)**     **Development Opportunities.**

Merrill Lynch will continue developing workplace initiatives designed to attract diverse financial advisors and to retain them, and enhance their success, including targeted mentoring and training.

**(F)**     **Further Actions.**

Merrill Lynch shall review its current and past diversity programs and initiatives and determine whether it is necessary to augment these programs and initiatives in ways that better (1) promote equal employment opportunities; (2) foster recruitment, sponsorship and allyship programs, and employment advancement; (3) provide support for attendance at Diversity Events (e.g., ELC, Odyssey Media); (4) provide support for attendance at Industry Events (e.g., Barrons, IMCA); and (5) continue to create and support employee resource and affinity groups that provide paid time given for participation.

**(G)**     **Appointment of a Labor Economist.**

Merrill Lynch will continue to retain an external Labor Economist to conduct a confidential and attorney-client privileged annual analysis relating to the compensation paid to African-American and to White financial advisors and trainees.

**5.     How to Proceed:  Your Options**

**Option A:  Do Nothing**

If you do nothing in response to this Notice, and the Court grants final approval of the Settlement, the Settlement Administrator will determine the amount you may be eligible for from the Gross Settlement Fund and distribute that amount to you.  Under this option, all claims covered by this Settlement through [*date of Preliminary Approval Order*] will be barred by this Settlement.  That is, you will release or give up your rights to sue the Company separately for the legal claims covered by this Settlement.

**Option B:  Opt-out and Exclude Yourself from the Settlement**

If you do not wish to participate in the Settlement and wish to retain your rights to sue the Company separately for the legal claims covered by this Settlement, you must request to opt-out of, or be excluded from, this Settlement.  If you opt-out, you will not be eligible for any monetary award as part of this Settlement.  However, you will keep any rights you might have to sue the Company separately for the legal claims covered by this Settlement.

Any Settlement Class Member who wishes to opt-out must mail via first class United States Mail, postage prepaid, a written, signed statement to the Settlement Administrator, at the address listed below, that states his/her name, address, email address(es), and telephone number(s).  To be effective, this opt-out statement must be postmarked on or before _____ [*80 days after Notice is mailed*], and must include the following language:

> "I opt-out of the Merrill Lynch Financial Advisor Race Discrimination Settlement.  I understand that by opting out, I will receive no money from the Settlement Agreement."

The address of the Settlement Administrator is:

[*Address of Settlement Administrator*]

Settlement Class Members who submit timely and valid requests for exclusion will have no right to object to the Settlement in Court and will no longer be represented by Class Counsel.

You may not opt-out of the Programmatic Relief to be provided as part of this Settlement.

8

**Option C: Comment On Or Object To The Settlement**

The Court must assess the overall fairness and reasonableness of the Settlement to the Settlement Class. Settlement Class Members *who have not opted-out* of the Settlement may object to the Settlement.

In order to have your objection to the Settlement considered by the Court or to speak at the Final Approval Hearing, you must first mail via first class United States Mail, postage prepaid, a written, signed statement to the Settlement Administrator, at the address listed below, that states your name, address, email address(es), and telephone number(s). The statement must include all reasons for the objection; and any reasons not included in the statement will not be considered. The statement must also indicate whether you intend to appear at the Fairness Hearing. In order to be effective, this statement must be received by the Settlement Administrator by _____ [*a date certain 80 days after Notice is mailed*]. You do not need to be represented by separate counsel to comment on or object to the Settlement.

The address of the Settlement Administrator is:

[*Address of Settlement Administrator*]

**6.     How Will My Settlement Award Be Calculated?**

Each Settlement Class Member may be eligible for a monetary award from the Gross Settlement Fund.

The monetary award available for each Settlement Class Member will be calculated by the Settlement Administrator based on an assignment of points to each Settlement Class Member according to the Settlement Class Member's length of tenure (e.g., weeks worked) between November 23, 2016 and the date of the Preliminary Approval Order as an FA, FADP/PMD, or FSA.

Tenure points shall be allocated based on workweeks worked during the Class Period. The Settlement Administrator will total the points attributable to each Settlement Class Member between November 23, 2016 and the date of the Preliminary Approval Order and divide each Settlement Class Member's points by the total points to obtain the Settlement Class Member's share of the Net Settlement Fund. The Net Settlement Fund is the Gross Settlement Fund minus Court-approved attorneys' fees and expenses and the fees and costs of administering the settlement by the Settlement Administrator. Fifty percent (50%) of the Net Settlement Fund shall be allocated to the FA Settlement Class Members. The remaining fifty percent (50%) of the Net Settlement Fund shall be allocated to the FADP/PMD and FSA Settlement Class Members. The Settlement Administrator will multiply each Settlement Class Member's share by the Settlement Fund to determine the Settlement Class Member's

Allocated Settlement Amount. Weeks are based on calendar weeks in the year, and Settlement Class Members will receive credit for the week if the Settlement Class Member was employed as an FA, FADP/PMD, or FSA for any part of that week, including if the Settlement Class Member was out on leave, or using sick or vacation days during the week.

The Settlement Administrator's determination shall be final. Defendants, Counsel for Defendants, and Class Counsel shall have no responsibility, and may not be held liable, for any determination reached by the Settlement Administrator.

## 7. Release

If the Court grants final approval of the Settlement, then all Settlement Class Members who do not opt-out will fully, finally, and irrevocably waive, release, and discharge Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith Incorporated, and any of its or their subsidiaries, related companies, affiliates, and successors, and all of their current, former, and future officers, directors, employees, assigns, agents, plans and plan trustees, independent contractors, shareholders, attorneys, and representatives, jointly and individually, from any and all actions, causes of action, suits, demands, liabilities, and claims of any nature whatsoever, whether known or unknown, arising at any time up to and including the date of the Preliminary Approval Order arising out of the same factual predicate as the class claims asserted in the Complaint.

Specifically included in this release are any and all employment discrimination claims or benefits claims that were or could have been asserted arising out of the same transactions, series or connected transactions, occurrences, or nucleus of operative facts that form the basis of the class claims asserted in Complaint, including, but not limited to, claims for race and/or color discrimination under Title VII, Section 1981, LAD, ELCRA, NYSHRL, FCRA, or any other federal, state, local, or common law statute, regulation, or principle of common law or equity that may apply to such discrimination in employment or employee benefit claims.

Furthermore, this Release includes claims that were or could have been asserted for monetary damages, injunctive, declaratory, or equitable relief, and costs and attorneys' fees, whether arising under Title VII, Section 1981, LAD, ELCRA, NYSHRL, FCRA, or any other federal, state, local, or common laws or regulations relating to or arising out of the same transactions, series of connected transactions, occurrences, or nucleus of operative facts that form the basis of the class claims set forth in the Complaint.

By way of example only, and without any intent to limit the scope of the release, the Settlement Class Members will release all claims in the Complaint and all claims,

whether known or unknown, for discrimination, harassment, and retaliation relating to compensation, training, deferred compensation, incentive compensation, long-term contingent awards, retention bonus payments, production, assets, production credits, account distributions, team or pool formation and dissolutions, strategic partnership formation and dissolutions, the allocation of leads and/or referrals, the allocation of business opportunities, promotion, termination, and any pay disparity in existence up to the date of Preliminary Approval. Termination and promotion claims for race/color discrimination arising out of low production, failure to satisfy position requirements, failure to satisfy requirements of the training program, production-related reductions-in-force, other production-based performance-related terminations, and any claims for constructive discharge shall also be released.

To "release" a claim means that you cannot sue the Company for any of the claims covered by the release. Unless you opt-out of the Settlement, you will be covered by the release, even if you do not receive a monetary award.

### 8. Are There Tax Consequences For Any Money I Might Get?

Yes, any award you receive from the Settlement Fund will have tax consequences for you. Fifty-percent (50%) of each award shall be treated as wages and fifty-percent (50%) for alleged emotional distress, interest, and punitive damages for tax purposes. The amounts paid for alleged emotional distress, interest, and punitive damages shall not be subject to withholding and shall be reported to the IRS on Form 1099-MISC.

The Settlement Administrator shall be responsible for issuing settlement payments to each Settlement Class Member, less required withholdings and deductions (including Employer Payroll Taxes), and disbursing the settlement payments and IRS Forms, and for making all tax reporting, deposits, and withholdings with respect to all amounts payable.

All federal, state, and local income tax withholding will be collected at the applicable rate. All FICA and federal and state unemployment taxes, and any state or local social insurance or similar taxes will be calculated after taking into account each Settlement Class Member's wages for the payment year.

Defendants' Counsel and Class Counsel are not tax advisors and cannot give you advice on any tax matters. This Notice does not constitute legal or tax advice regarding any federal, state, or local tax issue. Defendants' Counsel and Class Counsel urge you to consult your tax advisor for answers to any questions you may have about the tax implications of any potential award. The tax issues for each Settlement Class Member are unique to him/her, and each Settlement Class Member is advised to obtain tax advice from his/her own tax advisor with respect to any potential award.

**9.    The Lawyers Representing You And The Class**

As a Settlement Class Member, you are represented in this litigation by Class Counsel:

| **Outten & Golden LLP** | **Shavitz Law Group, P.A.** |
|---|---|
| Adam T. Klein<br>Chauniqua D. Young<br>Nantiya Ruan<br>Courtney Hinkle<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>atk@ottengolden.com<br>cyoung@outtengolden.com<br>nr@outtengolden.com<br>chinkle@outtengolden.com | Gregg I. Shavitz<br>Paolo Meireles<br>951 Yamato Rd., Suite 285<br>Boca Raton, FL 33431<br>gshavitz@shavitzlaw.com<br>pmeireles@shavitzlaw.com |

Unless you elect to opt-out of the Settlement, you will continue to be represented by Class Counsel in connection with implementation of the Settlement at no cost to you. Although it is not necessary, you may, if you wish, retain your own attorney at your own expense.

**How Will Class Counsel Be Paid?**

Class Counsel have pursued these claims on behalf of the Named Plaintiffs and the Settlement Class without receiving any compensation for their services or reimbursement of the expenses they incurred. If you are a Settlement Class Member and receive an award from the Settlement Fund, you will not owe any fees or expenses to the lawyers who have represented you as part of the Settlement Class. Class Counsel will ask the Court to award them attorneys' fees in the amount of one third of the Gross Settlement Fund (*i.e.*, Six Million Six Hundred Fifty Thousand Dollars and Zero Cents ($6,650,000)), plus reimbursement of their reasonable out-of-pocket costs and expenses. The Court will decide how much to award Class Counsel for fees and expenses, which will be paid from the Settlement Fund.

**10.    Terms And Payments Specific To The Named Plaintiffs**

As a Settlement Class Member, you have also been represented in this litigation by Named Plaintiffs Lucinda Council, Ravynne Gilmore, Verna Maitland, and Hilari Ngufor. The Named Plaintiffs may receive settlement payments just like any other Settlement Class Member.

**11.     The Final Approval Hearing**

The Final Approval Hearing on the Settlement will be held at _____ a.m./p.m. on _____, in the courtroom of the Honorable [*Assigned Judge*], in the United States District Court for the Middle District of Florida at [*Address*].  At this hearing, the Court will determine whether the proposed Settlement is fair, reasonable, and adequate and whether it should be approved.  The Court will also consider the amount of fees and expenses to award to Class Counsel, and whether, in accordance with the Settlement, an order and judgment should be entered bringing the lawsuit to an end.

**Do I Have To Come To The Final Approval Hearing?**

No.  You are not required to come to the hearing, but you are welcome to come at your own expense.  Class Counsel will appear at the Final Approval Hearing on behalf of all Settlement Class Members, at no cost to you.  If you file an objection, you do not have to come to Court to talk about it.  As long as you did not opt-out and you mailed your written objection on time, the Court will consider it.  You may also pay your own lawyer to attend, but it is not necessary.  If the Court gives final approval to this Settlement, the Court's judgment will be final and binding on all Settlement Class Members who have not timely opted out.

**12.     Getting More Information**

If you have further questions or still are not sure whether you are included in the Class, you can get free help at [*website of Settlement Administrator*], by calling the Settlement Administrator at [*telephone number of Settlement Administrator*], or by calling or writing to Class Counsel in this case at the contact number/address listed in paragraph 9.

This Notice contains only a summary of the terms of the Settlement.  For further information, the complete terms of the Settlement Agreement and numerous other documents connected with the Settlement are available for review and/or downloading at [*website of Settlement Administrator*].

Again, the important deadlines are:

**Last Day To Opt-out Of The Settlement Class:** _____ [*80 days after mailing Notice*]

**Last Day To Object To The Settlement:** _____ [*a date certain 80 days after Notice is mailed*]

**Final Approval Hearing:** _____ [*To be set by the Court*]

**PLEASE DO NOT CALL OR CONTACT THE COURT, THE OFFICE OF THE CLERK OF COURT, OR THE COMPANY WITH QUESTIONS REGARDING THIS NOTICE.**