UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUCINDA COUNCIL, RAVYNNE
GILMORE, VERNA MAITLAND, and
HILARI NGUFOR,

        Plaintiffs,

v.                                                              Case No.: 3:24-cv-534-WWB-LLL

MERRILL LYNCH, PIERCE, FENNER
and BANK OF AMERICA
CORPORATION,

        Defendants.
_____/

**ORDER**

    THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("**Motion for Settlement**," Doc. 2) and Unopposed Motion for Approval of Attorneys' Fees and Costs ("**Motion for Fees**," Doc. 10). United States Magistrate Judge Laura Lothman Lambert issued a Report and Recommendation (Doc. 32), in which she recommends that the Motion for Settlement be granted in part and the Motion for Fees be denied without prejudice. The parties submitted a Stipulation and Notice as to Non-Opposition to Report and Recommendation (Doc. 33) and an amended Notice of Class Action, Proposed Settlement Agreement, and Settlement Fairness Hearing (Doc. 33-1) that conforms to the dates set forth in the Report and Recommendation and makes other minor modifications.

    After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

    Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 2) is **GRANTED in part** as set forth in the Report and Recommendation and this Order and **DENIED** in all other respects, including the request for entry of the [Proposed] Preliminary Approval Order (Doc. 2-4).

3. The proposed settlement class is **CERTIFIED** for settlement purposes only.

4. The parties' Settlement Agreement (Doc. 2-2) is **PRELIMINARILY APPROVED** and the proposed Settlement Agreement and amended Notice of Class Action, Proposed Settlement Agreement, and Settlement Fairness Hearing (Doc. 33-1) are **APPROVED** for distribution to the proposed settlement class.

5. The law firms of Outten & Golden LLP and Shavitz Law Group PA are **APPOINTED** as class counsel.

6. The Final Approval Schedule as set forth in the Report and Recommendation is incorporated into and made a part of this Order.

7. This matter is set for a final fairness hearing on **September 9, 2025**, at 1:00 p.m. in Courtroom 12A at the United States Courthouse located at 300 North Hogan Street, Jacksonville, Florida.

8. Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Costs (Doc. 10) is **DENIED without prejudice**.

9. This case is **STAYED** pending the resolution of the motion for final approval of the settlement. The Clerk is directed to administratively close this case.

**DONE AND ORDERED** in Jacksonville, Florida on February 27, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record