**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| LUCINDA COUNCIL, RAVYNNE GILMORE, VERNA MAITLAND, and HILARI NGUFOR, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>   - against -<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED and BANK OF AMERICA CORPORATION,<br><br>     Defendants. | Case No. 3:24-CV-00534-WWB-LLL |

**AFFIRMATION OF ADAM T. KLEIN IN SUPPORT OF PLAINTIFFS'
SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' UNOPPOSED
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
<u>AND MEMORANDUM IN SUPPORT</u>**

I, Adam T. Klein, hereby affirm as follows:

1. I am the Managing Partner at Outten & Golden LLP (O&G), and Co-Lead Counsel for Plaintiffs and the proposed Class, alongside our co-counsel, the Shavitz Law Group P.A. (SLG) (together, "Plaintiffs' Counsel"). I submit this declaration in support of Plaintiffs' Supplemental Brief in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Memorandum in Support. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2.      While Defendants maintain that their exposure was zero ($0), to the extent that Plaintiffs were able to carry their burden at trial, Class Counsel estimated Defendant's total exposure to be between $50 and $80 million. This is based on detailed analyses of compensation data that Defendant produced during settlement negotiations, discussions with our clients and other sources, understanding of the risks of certifying a proposed class and proving liability and damages, and research related to prior settlements.

3.      The total average gross settlement payment for Settlement Class Members who worked as FAs is $51,464.

4.      The total average gross settlement payment for Settlement Class Members who worked as FADPs/FSAs is $11,341.

5.      According to the data, FAs have higher earnings (and higher potential earnings because their earnings are driven primarily by commissions), as compared to FADPs/FSAs and therefore have a higher estimated average recovery.  FADPs/FSAs who transitioned to the FA position during the period covered by the Settlement recovered as FADPs/FSAs and as FAs for the time they were in those positions.

6.      As stated during the Fairness Hearing, Class Counsel do not have any current or prior relationship with the Association, and there are no conflicts.

**Exhibits**

7.      Attached hereto as **Exhibit 1** is *Hayman v. Mastercard*, No. 20 Civ. 340, Dkt. No. 21 (Final Approval Motion) (S.D.N.Y.).

8.      Attached hereto as **Exhibit 2** is *Hayman v. Mastercard*, No. 20 Civ. 340, Dkt. No. 27 (Final Approval Order) (S.D.N.Y.).

9.      Attached hereto as **Exhibit 3** is *Bland v. Edward D. Jones & Co. et al.*, No. 18 Civ. 3673, Dkt. No. 139 (Final Approval Order) (N.D. Ill.).

10.     Attached hereto as **Exhibit 4** is *McReynolds v. Merrill Lynch & Co, Inc.*, No. 05 Civ. 6583, Dkt. No. 611 (Final Approval Motion) (N.D. Ill.).

11.     Attached hereto as **Exhibit 5** is *McReynolds v. Merrill Lynch & Co, Inc.*, No. 05 Civ. 6583, Dkt. No. 616 (Final Approval Order) (N.D. Ill.).

12.     Attached hereto as **Exhibit 6** is *Augst-Johnson v. Morgan Stanley & Co.*, No. 06 Civ. 1142, Dkt. No. 43 (Final Approval Order) (D.D.C.).

13.     Attached hereto as **Exhibit 7** is *Calibuso v. Bank of America*, No. 10 Civ. 1413, Dkt. No. 182 (Final Approval Motion) (E.D.N.Y.).

14.     Attached hereto as **Exhibit 8** is *Calibuso v. Bank of America*, No. 10 Civ. 1413, Dkt. No. 202 (Final Approval Order) (E.D.N.Y.).

15.     Attached hereto as **Exhibit 9** is *Carter v. Wells Fargo Advisors, LLC*, No. 09 Civ. 1752, Dkt. No. 46-1 (Final Approval Motion) (D.D.C.).

16.     Attached hereto as **Exhibit 10** is *Carter v. Wells Fargo Advisors, LLC*, No. 09 Civ. 1752, Dkt. No. 48 (Final Approval Order) (D.D.C.).

17.     Attached hereto as **Exhibit 11** is *Kosen v. American Express Financial Advisors*, 02 Civ. 082, Dkt. No. 15 (Final Consent Decree Order) (D.D.C.).

18. Attached hereto as **Exhibit 12** is *Turnley v. Bank of America Investment Servs.*, No. 07 Civ. 10949, Dkt. No. 131-3 (Settlement Agreement) (D. Mass.).

19. Attached hereto as **Exhibit 13** is *Turnley v. Bank of America Investment Servs.*, No. 07 Civ. 10949, Dkt. No. 146 (Attorneys' Fees Approval Order) (D. Mass.).

20. Attached hereto as **Exhibit 14** is *Turnley v. Bank of America Investment Servs.*, No. 07 Civ. 10949, Dkt. No. 148 (Final Approval Order) (D. Mass.).

21. Attached hereto as **Exhibit 15** is *Amochaev v. CitiGroup Global Markets, Inc.*, No. 05 Civ. 1298, Dkt. No. 186 (Final Approval Motion) (N.D. Cal.).

22. Attached hereto as **Exhibit 16** is *Amochaev v. CitiGroup Global Markets, Inc.*, No. 05 Civ. 1298, Dkt. No. 196 (Final Approval Order) (N.D. Cal.).

23. Attached hereto as **Exhibit 17** is *Jaffe v. Morgan Stanley*, No. 06 Civ. 3903, Dkt. No. 250 (Final Approval Order) (N.D. Cal.).

24. Attached hereto as **Exhibit 18** is *Haggan v. Google LLC*, No. 518739/2022, NYSCEF No. 61 (Final Approval Motion) (N.Y. Sup. Ct., Kings Cnty.).

25. Attached hereto as **Exhibit 19** is *Haggan v. Google LLC*, No. 518739/2022, NYSCEF No. 72 (Final Approval Order) (N.Y. Sup. Ct., Kings Cnty.).

26. Attached hereto as **Exhibit 20** is *Haggan v. Google LLC*, No. 518739/2022, NYSCEF No. 73 (Attorneys' Fees Approval Order) (N.Y. Sup. Ct., Kings Cnty.).

Attached hereto as **Exhibit 21** is *Pickett et al. v. Exel Inc.*, No. 23 Civ. 1655, Dkt. No. 41 (Final Approval Order), (N.D. Ill.)

\* \* \*

4

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated:     November 20, 2025
           New York, NY            Respectfully submitted,

                                   _____
                                   Adam T. Klein*
                                   OUTTEN & GOLDEN LLP
                                   685 Third Avenue, Floor 25
                                   New York, New York 10017
                                   Telephone: (212) 245-1000
                                   Facsimile: (646) 509-2060

                                   *Attorney for Plaintiffs and the Class*

                                   *admitted Pro Hac Vice

## <u>CERTIFICATION OF SERVICE</u>

We hereby certify that on November 20, 2025, we electronically filed the foregoing with the Clerk of the Court using the Court's electronic filing portal. We also certify that the foregoing is being electronically served this day on all counsel of record via transmission of Notices of Electronic Filing generated by the Court's electronic filing portal.

_____
Adam T. Klein
OUTTEN & GOLDEN LLP
685 Third Avenue, Floor 25
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

*Attorney for Plaintiffs and the Class*